UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20633-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff

vs.

MAC RIVENBARK
        Defendant.

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 81273-004

Language: _____

The above-named Defendant appeared before **U.S. Magistrate Judge ROBERT L. DUBE'**. The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address:   IN CUSTODY

        Tel. No: _____

Defense Counsel:  Name: Ramona Tolley

        Tel. No (954) 763-3453

Bond Set/Continued: $75,000 w/10% + $100,000 psb

Dated this 18th day of JULY, 2008.

STEVEN M. LARIMORE, CLERK OF COURT

BY Maedon Clark
    Deputy Clerk

TAPE NO. 08RLD-2
DIGITAL START NO. 3544