UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Sentencing Minutes for Hon. Federico A. Moreno

DATE 10/21/08 DEFT Mac Rivenbark            CASE NO. 08-20633-CR-MORENO

REPORTER Richard Berry            CLERK Shirley Christie

AUSA Thomas Watts-Fitzgerald    DEFT. COUNSEL Ramona Tolley

USPO Lakeisha Brantley for Heather Hauptly   INTERPRETER N/A

( ) Deft. failed to appear - warrant to issue. Bond forfeited.

( ) Sentencing continued until _____

( XX ) JUDGMENT AND SENTENCE

**Imprisonment:** 18 months probation

( ) **Custody of Defendant**

    ( ) Remanded to the United States Marshal

    ( ) Voluntary Surrender to (designated institution or U.S. Marshal)

    ( ) Commitment recommendation: _____

**Supervised Release:** Zero years

**Assessment:** $100.00

**Other: (Fine, restitution, etc.)** No fine

( ) **Additional comments:** _____

COURT TIME:   14 minutes