UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) | Case No. 08-20633-CR-MORENO |
| vs<br>MAC RIVENBARK<br>     Defendant | )<br>) | **MOTION FOR DISBURSEMENT OF BOND** |

Comes now the undersigned and respectfully states to this Honorable Court that the above named defendant has fully complied with all conditions of the appearance bond in this case, and it is therefore requested that the defendant's cash bail heretofore posted by Helen Rivenbark in the amount of $7,500.00 plus any accrued interest be refunded to:   Helen Rivenbark
(Name of Payee. Do **NOT** include a Mailing Address. A notarized assignment is required if the payee is different from the person posting the bond.)
**(The above payee must complete an Internal Revenue Service Form W-9 or if the payee is a nonresident alien individual, they must complete a Form W-8, either of which may be obtained from the Clerk's Office Financial section. The completed form should be provided to the Financial Section but not filed in the Court file. Checks will be mailed to the address indicated on the completed form, unless directed in writing otherwise.)**

```
The Government does not object to
the return of these funds because the
conditions of the bond have been met
and the assessment has been paid.
```
_____
(Petitioner or Attorney)

Consented to by:

_____, Assistant U.S. Attorney
Elizabeth Ruf Stein

**ORDER**

In consideration of the foregoing motion, it is thereupon

ORDERED that the Clerk of this Court forthwith make the above-mentioned disbursement.

DONE AND ORDERED at _Miami_, Florida, this _22nd_ day of _December_, 20_08_.

_____
UNITED STATES DISTRICT JUDGE

c:   U.S. Attorney
     Petitioner/Counsel of Record
     Financial Deputy Clerk (w/original W-8 or W-9)